# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. $55,720 IN U.S. CURRENCY, Defendant. | CASE NO. 17cv1605-LAB (MDD)<br><br>**ORDER APPOINTING U.S. MARSHAL AS CUSTODIAN TO DEPOSIT CURRENCY IN SEIZED ASSETS ACCOUNT** |
|---|---|

The Court grants the ex parte motion to appoint the United States Marshal Service as custodian of the $55,720 and orders it to deposit the money in the Seized Assets Deposit Account. *See United States v. $46,588.00 in U.S. Currency & $20.00 in Canadian Currency*, 103 F.3d 902 (9th Cir. 1996).

**IT IS SO ORDERED**.

Dated: August 14, 2017

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -